UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IVAN BELL,
    Plaintiff,

vs.                                    Case No.:  3:24-cv-165/MCR/ZCB

TAKAYLA VANDERHALL,
    Defendant.
_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on May 20, 2024. (Doc. 5).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 5) is adopted and incorporated by reference in this order.

2.    The Clerk of Court is directed to (a) REMAND this case to the County Court in and for Escambia County under 28 U.S.C. § 1447(c), and (b) mail a certified copy of this order to the clerk of that court.

1

3. All pending motions are DENIED as moot.

4. The Clerk of Court is directed to close this case.

**DONE AND ORDERED** this 25th day of September 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**